UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM WESLEY ROBERTS,

    Petitioner,

v.                                                Case No. 4:25cv200-TKW-MAF

STATE OF FLORIDA,

    Respondent.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4). No objections were filed,[1] and upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that complaint in this case is a de facto §2254 habeas petition that should be transferred to the Middle District of Florida because that court has jurisdiction over the facility of confinement (Bradford County) and the county of conviction (DeSoto County).

Accordingly, it is **ORDERED** that:

---

[1] Petitioner filed a "Notice for Transfer" (Doc. 6) in response to the Report and Recommendation, but that filing did not object to the magistrate judge's recommendation that this case be transferred. Rather, it simply asked that the case be transferred to the Middle District of Florida instead of the Southern District of Florida.

1

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **TRANSFERRED** to the United States District Court for the Middle District of Florida for further proceedings.

3. The Clerk shall effectuate the transfer and close the case file in this Court.

**DONE AND ORDERED** this 27th day of May, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**